IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
8/30/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Charles Williams,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-CV-69 |
| | : | |
| v. | : | Judge Solomon Oliver, Jr. |
| | : | |
| **The Cleveland Clinic Foundation, *et al.*,** | : | Magistrate Judge Jonathan D. Greenberg |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charles Williams ("Plaintiff") and Defendants The Cleveland Clinic Foundation, Cleveland Clinic Rehabilitation Hospitals, LLC, Select Medical Corporation, and Midwest Medical Transport Company, LLC ("Defendants") (collectively, the "Parties"), by and through their respective undersigned Counsel, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs. The Parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreements upon request of any of the Parties.

Respectfully Submitted,

| | |
|---|---|
| *s/Laren E. Knoll* | *s/Aretta Bernard (email authority 8.30.24)* |
| Laren E. Knoll (0070594) | Aretta K. Bernard (0039116) |
| The Knoll Law Firm, LLC | Stephanie Olivera Mittica (0095651) |
| 7240 Muirfield Drive, Suite 120 | Roetzel & Andress, LPA |
| Dublin, Ohio 43017 | 222 South Main Street |
| Telephone: (614) 372-8890 | Akron, Ohio 44308 |
| Facsimile: (614) 452-4850 | Telephone: (330) 376-2700 |
| E-mail: lknoll@knolllaw.com | Email: abernard@ralaw.com |
| *Trial Attorney for Plaintiff Charles Williams* |     smittica@ralaw.com |
| | *Attorneys for Defendant* |
| | *The Cleveland Clinic Foundation* |

*s/Douglas Schnee (email authority 8.30.24)*
Vincent J. Tersigni (0040222)
Douglas B. Schnee (0063643)
Jackson Lewis P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, Ohio 44131
Telephone: 216-750-0404
Facsimile: 216-750-0826
Email: vincent.tersigni@jacksonlewis.com
Douglas.schnee@jacksonlewis.com
*Attorney for Defendants*
*Cleveland Clinic Rehabilitation Hospitals,*
*LLC and Select Medical Corporation*

*s/Steven Seasly (email authority 8.30.24)*
Steven E. Seasly (0070536)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824
Email: sseasly@hahnlaw.com
*Attorney for Defendant*
*Midwest Medical Transport Company, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2024, I electronically filed this document with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notification of the filing to the Parties.

*s/Laren E. Knoll*
Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
*Trial Attorney for Plaintiff Charles Williams*